1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4  EDWARD R. FLUET (CABN 247203)
Special Assistant United States Attorney

5

6       150 Almaden Boulevard, Suite 900
San Jose, California 95115

7       Telephone: (408) 535-5037
FAX: (408) 535-5066

8       E-mail: edward.fluet@usdoj.gov

9  Attorneys for United States of America

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,          )   NO. CR 13-00372 DLJ
                                       )
15       Plaintiff,                    )   NOTICE OF DISMISSAL
                                       )
16   v.                                )
                                       )
17  HORANDE HERRERA-GONZALEZ,          )
                                       )
18       Defendant.                    )
                                       )
19  _____   )

20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above Indictment without prejudice

22  and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case.

23

24  DATED: October 30, 2013                    Respectfully submitted,

25
                                               MELINDA HAAG
26                                             United States Attorney

27
                                                  /s/
28                                             J. DOUGLAS WILSON
                                               Chief, Criminal Division

NOTICE OF DISMISSAL (CR 13-00372 DLJ)

1      Leave is granted to the government to dismiss the Indictment.  It is further ordered that the

2   arrest warrant issued in connection with the Indictment is quashed.

3

4

5   Date:  FFĐĐFH                          _____

6                                          D. Lowell Jensen
                                           United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 13-00372 DLJ)